Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  14–34041–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kyle Kephart
   4 John Morton Building
   Turnersville, NJ 08012
Social Security No.:
   xxx–xx–2850
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/22/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 22, 2019
JAN: bc

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-34041-ABA
Kyle Kephart                                                          Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Oct 22, 2019
                             Form ID: 148          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
```
db            +Kyle Kephart,   4 John Morton Building,   Turnersville, NJ 08012-2244
aty           +Cristina L. Connor,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
515196148     +Amexdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
515308742     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
515251431     +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
515196152      Cenlar,   Payment Processing Central,   PO Box 986,   Newark, NJ 07184-0986
515247215     +Department Stores National Bank For Macys American,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
515196155     +KML Law Group,   Suite 5000 BNY Mellon Ind Center,   701 Market Street,
               Philadelphia, PA 19106-1538
518304340     +New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
518304341     +New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0675,
               New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
515380518     +Pingora Loan Servicing, LLC,   Cenlar FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 22 2019 23:25:34    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2019 23:25:32    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515234533      EDI: GMACFS.COM Oct 23 2019 02:58:00    Ally Financial,   PO Box 130424,
               Roseville, MN 55113-0004
515196147     +EDI: GMACFS.COM Oct 23 2019 02:58:00    Ally Financial,   200 Renaissance Ctr,
               Detroit, MI 48243-1300
515196149      EDI: BANKAMER.COM Oct 23 2019 02:58:00    Bk Of Amer,   Po Box 982235,   El Paso, TX 79998
515196151      EDI: CAPITALONE.COM Oct 23 2019 02:58:00    Cap One,   Po Box 85520,   Richmond, VA 23285
515196150      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:37:37    Cach, Llc,
               PO Box 10587,   Greenville, SC 29603-0587
515259630      EDI: CAPITALONE.COM Oct 23 2019 02:58:00    Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
515196153     +EDI: CHASE.COM Oct 23 2019 02:58:00    Chase,   Po Box 15298,   Wilmington, DE 19850-5298
515196154      E-mail/Text: ccassalia@franklinamerican.com Oct 22 2019 23:26:13    Franklin American Mtg/,
               501 Corporate Centre Dr,   Franklin, TN 37067
515196156     +E-mail/Text: bk@lendingclub.com Oct 22 2019 23:25:56    Lending Club Corp,
               71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
515196157     +EDI: AGFINANCE.COM Oct 23 2019 02:58:00    Onemain,   Po Box 499,   Hanover, MD 21076-0499
                                                                                        TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Ally Financial,   PO Box 130424,   Roseville, MN  55113-0004
                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
```
              David  Reinherz    on behalf of Debtor Kyle  Kephart reinherzlaw@gmail.com,  reinherzlaw@aol.com
              Denise E. Carlon    on behalf of Creditor   Pingora Loan Servicing, LLC dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
              summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 22, 2019
                              Form ID: 148             Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Joshua I. Goldman   on behalf of Creditor   Pingora Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz   on behalf of Creditor   Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com
                                                                                          TOTAL: 7
```